FILED
CLERK, U.S. DISTRICT COURT

DEC - 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 14-2367 m |
| v. | |
| Suk Joon Lee | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___deft___ , IT IS ORDERED that a detention hearing is set for __12-5-14__ , _____ , at __130__ ☐a.m. / ☑p.m. before the Honorable __RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE__ , in Courtroom __341 - Roy brp__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: __12/3/14__     _Ralph Zarefsky_

U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1